IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.   No. 21-cv-1048 JCH-KRS

STATE OF NEW MEXICO, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte* in connection with Myrtis Paulo Hart's *pro se* Prisoner Civil Complaint. The docket reflects a recent mailing to Hart was returned as undeliverable (Doc. 9). It appears he was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Hart must notify the Clerk of his new address within thirty (30) days of entry of this Order. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Hart shall notify the Clerk's Office in writing of his current address.

_____
UNITED STATES MAGISTRATE JUDGE